UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VENITA MATTHEWS** | * | **CIVIL ACTION: 2:18-cv-06578** |
| **PLAINTIFF** | * | |
| | * | **SECTION F (5)** |
| **VERSUS** | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| **FLOYD STEVENSON,** | * | |
| **MARLIN GUSMAN,** | * | **MAG: MICHAEL B. NORTH** |
| **WAL-MART STORES, INC. AND** | * | |
| **WAL-MART LOUISIANA, LLC** | * | **JURY TRIAL** |
| **DEFENDANTS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Defendants, Walmart Inc. f/k/a Wal-Mart Stores, Inc and and Wal-Mart Louisiana, LLC, move this Court for an extension of time of thirty (30) days, or until November 9, 2018, within which to plead, for the reason that counsel has only recently been retained and additional time is required to conduct an investigation.  No other extensions have been granted and no oppositions have been filed in the record.

          Respectfully submitted:

          */S/ DONNA BRAMLETT WOOD*
          **DONNA B. WOOD (#22692)**
          */S/ ISIDRO RENE DEROJAS*
          **ISIDRO RENE DEROJAS (#18182)**
          */S/ CRISTINE M. BERGER*
          **CHRISTINE M. BERGER (37236)**
          **McCRANIE, SISTRUNK, ANZELMO,**
          **HARDY, McDANIEL & WELCH**
          909 Poydras Street, Suite 1000
          New Orleans, LA   70112
          Telephone:  (504) 831-0946
          Facsimile:  (800) 977-88210
          dbw@mcsalaw.com
          ird@mscalaw.com
          cmb@mcsalaw.com
          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of October, 2018, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by filing this pleading electronically using the United States District Court for the Eastern District of Louisiana ECF system.

*/s/ Donna Bramlett Wood*
**DONNA BRAMLETT WOOD**