UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VENITA MATTHEWS,<br><br>    Plaintiff,<br>v.<br><br>FLOYD STEVENSON, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>) 2:18-cv-06578<br>)<br>)<br>) |

**Return of Service**

 COMES NOW Plaintiff Venita Matthews, by and through undersigned counsel, to submit the attached returns of service.

 In Rec. Doc. 18, this Court ordered that "plaintiff shall file into the record the return of service of process that has been effected on defendant."

 Accordingly, Plaintiff hereby submits the attached returns of service for each Defendant.

      Respectfully submitted,

      /s/ William Most_____
      WILLIAM MOST
      La. Bar No. 36914
      201 St. Charles Ave., Ste. 114, # 101
      New Orleans, LA 70170
      T: (504) 509-5023
      Email: williammost@gmail.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 19, 2018, a copy of the Plaintiffs' *Return of Service* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

      _/s/William Most_____
      William Most

1