Civil Action No. 2:18-cv-06578

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Floyd Stevenson

was received by me on *(date)*  10/3/18  .

☐ I personally served the summons on the individual at *(place)*
3520 Dryades St.
New Orleans, LA 70115             on *(date)* 10/5/18     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10/8/18

*Leah A. Wilson*
*Server's signature*

Leah A. Wilson - Process Server
*Printed name and title*

P.O. Box 318045
Baton Rouge, LA 70831
*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-06578

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Wal-Mart Louisiana, LLC
was received by me on *(date)*  10/3/18  .

☐ I personally served the summons on the individual at *(place)*
                                                                on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*                   , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ashley Minvielle , who is
designated by law to accept service of process on behalf of *(name of organization)*
Walmart Louisiana  on *(date)*  10/4/18  ; or

☐ I returned the summons unexecuted because                                                     ; or

☐ Other *(specify):*


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  10/8/18

Leah A. Wilson
*Server's signature*

Leah A. Wilson - Process Server
*Printed name and title*

P.O. Box 318045
Baton Rouge, LA 70831
*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner

Civil Action No. 2:18-cv-06578

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Marlin Gusman
was received by me on *(date)* October 3rd, 2018

☐ I personally served the summons on the individual at *(place)*
                                    on *(date)*           ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kimberly Cazenave , who is
designated by law to accept service of process on behalf of *(name of organization)*
Orleans Parish Sherrif's Dept. on *(date)* 10/5/18 ; or

☐ I returned the summons unexecuted because                              ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00  .

I declare under penalty of perjury that this information is true.

Date: 10/8/18

*Leah A. Wilson*
*Server's signature*

Leah A. Wilson - Process Server
*Printed name and title*

P.O. Box 318045
Baton Rouge, LA 70831
*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner

Civil Action No. 2:18-cv-06578

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wal-Mart Stores, Inc.
was received by me on *(date)* 10/3/18 .

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ashley Minvielle , who is
designated by law to accept service of process on behalf of *(name of organization)*
Walmart Stores on *(date)* 10/4/18 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/8/18

_____
Server's signature

Leah A. Wilson - Process Server
Printed name and title

P.O. Box 318045
Baton Rouge, LA 70831
Server's address

Additional information regarding attempted service, etc:

Scanned by CamScanner